IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

L. MCELROY,

        Plaintiff,                    No. CIV S-07-2546 GEB EFB P

        vs.

DEPARTMENT OF CORRECTIONS, et al.,

        Defendants.             ORDER

        Plaintiff, a state prisoner without counsel, has filed a civil rights action. *See* 42 U.S.C. § 1983.

        Plaintiff alleges a violation of his civil rights in Delano, California. Delano is in the Fresno Division of this court and the action should have been commenced there. *See* Local Rule 3-120(d).

        Accordingly, it is hereby orderd that:

        1. This action is transferred to the district court sitting in Fresno.

        2. The Clerk of Court shall assign a new case number.

/////

/////

////

1

1    3. All future filings shall bear the new case number and shall be filed at:

2         United States District Court
          Eastern District of California
3         2500 Tulare Street
          Fresno, CA 93721
4

5    DATED: January 10, 2008.

6                                    _____
                                     EDMUND F. BRENNAN
7                                    UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2